CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
OCT 04 2023
LAURA A. AUSTIN, CLERK
BY: /s/ Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| MATTHEW R. DUGGER, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23CV 35 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| COUNTY OF BUCHANAN, VA, | ) JUDGE JAMES P. JONES |
| | ) |
| | ) |
| Defendant. | ) |

The pro se plaintiff seeks to file an action pursuant to 42 U.S.C. § 1983 against a Virginia county, alleging that a state judge, a state court clerk, and a state magistrate violated his constitutional rights in the course of a child custody matter. While I will grant the plaintiff's application to proceed without payment of fees and costs, I will dismiss the action.

While counties in Virginia may be sued in federal court under § 1983, that statute does not permit vicarious liability, so that a local government can only be held liable under § 1983 through an official policy or custom. Counties in Virginia do not employ members of the judiciary or clerk office staffs and do not establish court rules or procedures. *See* Va. Code Ann. §§ 16.1-69.30, -32, -38, -231. Moreover, judges acting in the course of their judicial duties are immune from suit.

-2-

For these reasons, it is **ORDERED** that the plaintiff's Application to Proceed without Prepaying Fees and Costs is GRANTED, but the action is DISMISSED, and the Clerk shall close the case and provide a copy of this Order to the plaintiff.

ENTER: October 4, 2023

/s/ JAMES P. JONES
Senior United States District Judge